**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01371-CV

### KEITH WAGONER AND DARRON WILSON, Appellants

### V.

### DALLAS TEXAS, ET AL, Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. TX-13-31197

## ORDER

Before the Court is appellant Darron Wilson's January 23, 2015, correspondence. In his correspondence, it appears Wilson is asking questions regarding the record in this case. On the Court's own motion, we forward appellant Wilson a copy of the court's record. We **DIRECT** the Clerk of the Court to send a paper copy of the clerk's and reporter's record in this case to appellant Wilson.

/s/    CRAIG STODDART
       JUSTICE